Todd D. Erb
Nevada State Bar No. 12203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949-8200
E-mail: terb@lrrc.com

R. Bradley Ziegler
Illinois Bar. No. #6288737
(*Pro Hac Vice Motion forthcoming*)
LEWIS RICE, LLC
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
314-444-7600 (Phone)
314-612-7660 (Facsimile)
E-Mail: bziegler@lewisrice.com

*Attorneys for Defendant Norman Kastner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GALLINA FAMILY BANK IRREVOCABLE TRUST, a Nevada Trust; JOHN GALLINA, an individual; and RICHARD F. GALLINA, as trustee of the GALLINA FAMILY BANK IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign Company; NORMAN KASTNER, an Individual; THE LEADERS GROUP, INC., a foreign company; WS GRIFFITH SECURITIES, INC., a foreign company; CAPITAS FINANCIAL, INC., d/b/a THE BLAIR AGENCY, a foreign company; ROE CORPORATIONS 3-10, inclusive; and DOES 1 – 10, inclusive,<br><br>Defendants.. | Case No.: 2:21-cv-00090-JCM-DJA<br><br>**DEFENDANT NORMAN KASTNER'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, Defendant Norman Kastner ("Kastner") respectfully requests the Court to extend the deadline in which he has to answer or otherwise plead to Plaintiff's Second Amended Complaint, until February 4, 2021. In support of its Motion, Kastner states as follows:

1

1.     Plaintiffs' Second Amended Complaint was filed on November 24, 2020 in Clark County District Court [ECF No. 1-6].

2.     Kastner was served on December 16, 2020 via process server.

3.     Counsel for Kastner previously conferred with counsel for Plaintiffs and requested an extension of time to respond to Plaintiffs' Second Amended Complaint up to and including February 4, 2021. Plaintiffs' counsel agreed to the requested extension of time.

4.     Kastner filed a Notice of Removal [ECF No. 1] on January 15, 2020; therefore, his current deadline to respond to the Plaintiff's Second Amended Complaint in this Court is January 22, 2021.

5.     Kastner now respectfully requests that the Court extend his deadline to respond to the Second Amended Complaint by thirteen (13) days through and including February 4, 2021.

6.     Kastner is requesting this extension of time to allow his counsel adequate time to collect and review documents and information relevant to the purchase and sale of the insurance policy at issue in this case, which occurred nearly twenty years ago on March 21, 2001 [ECF 1-6 at ¶ 6], and to assess whether Nevada courts have personal jurisdiction over Kastner.

7.     This is Kastner's first request for an extension; this request is brought in good faith and is not made to unnecessarily delay discovery or the proceedings in this matter.

8.     No party will be prejudiced by the requested extension nor, respectfully, will the extension unduly burden the Court.

9.     Counsel for Kastner sought concurrence to this motion from counsel for Plaintiffs. Plaintiffs' counsel indicated that Plaintiffs <u>do not oppose</u> Kastner's request to extend his responsive pleading deadline to February 4, 2021.

/ / / /

/ / / /

/ / / /

2

Defendant Kastner respectfully requests that the Court grant his Unopposed Motion to Extend Deadline to File Responsive Pleading, extending its deadline to answer or otherwise plead to Plaintiff's Second Amended Complaint through and until **February 4, 2021**.

DATED this 21st day of January, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

BY: *s/ Todd D. Erb*
Todd D. Erb
Nevada State Bar No. 12203
E-mail: terb@lrrc.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949-8200

LEWIS RICE, LLC
R. Bradley Ziegler
Illinois Bar. No. #6288737
(*Pro Hac Vice Motion forthcoming*)
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
314-444-7600 (Phone)
314-612-7660 (Facsimile)
E-Mail: bziegler@lewisrice.com

*Attorneys for Defendant Norman Kastner*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: January 22, 2021

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

Jeffrey R. Hall, Esq.
Richard L. Wade, Esq.
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Facsimile: 702-385-2086
jhall@hutchlegal.com
rwade@hutchlegal.com
*Attorneys for Plaintiff*

Kristina N. Holmstrom (10086)
Ann-Martha Andrews (7585)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:   702-369-6800
Fax:             702-369-6888
Kristina.holmstrom@ogletreedeakins.com
Ann.andrews@ogletreedeakins.com
*Attorneys for Defendant Lincoln National Life Insurance Company*

*/s/ June Yourgulez*
An Employee of Lewis Roca Rothgerber Christie LLP