MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for The Leaders Group, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GALLINA FAMILY BANK IRREVOCABLE TRUST, a Nevada Trust; JOHN GALLINA, an individual; and RICHARD F. GALLINA, as trustee of the GALLINA FAMILY BANK IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign Company; NORMAN KASTNER, an Individual; THE LEADERS GROUP, INC., a foreign company; WS GRIFFITH SECURITIES, INC., a foreign company; CAPITAS FINANCIAL, INC., d/b/a THE BLAIR AGENCY, a foreign company; ROE CORPORATIONS 3-10, inclusive; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00090-JCM-DJA<br><br>**DEFENDANT THE LEADERS GROUP, INC.'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, defendant The Leaders Group, Inc. (**Leaders**) respectfully requests the Court extend the deadline to answer or otherwise plead to plaintiffs' second amended complaint, until February 11, 2021. In support of its motion, Leaders states as follows:

…

…

56280452;1

1. Plaintiffs' second amended complaint was filed on November 24, 2020 in Clark County District Court [ECF No. 1-6].

2. Leaders was served on December 16, 2020 via process server.

3. Counsel for Leaders previously conferred with counsel for plaintiffs and requested an extension of time to respond to plaintiffs' second amended complaint up to and including February 11, 2021.  Plaintiffs' counsel agreed to the requested extension of time.

4. Leaders now respectfully requests the Court extend its deadline to respond to the second amended complaint through and including February 11, 2021.

5. Leaders is requesting this extension of time to allow its counsel adequate time to collect and review documents and information relevant to the purchase and sale of the insurance policy at issue in this case, which occurred nearly twenty years ago in 2001 [ECF 1-6 at ¶ 6], and to assess whether Nevada courts have personal jurisdiction over defendants.

6. This is Leaders' first request for an extension; this request is brought in good faith and is not made to unnecessarily delay discovery or the proceedings in this matter.

7. No party will be prejudiced by the requested extension nor, respectfully, will the extension unduly burden the Court.

8. Counsel for Leaders sought concurrence to this motion from counsel for plaintiffs. Plaintiffs' counsel indicated that plaintiffs do not oppose this request to extend the responsive pleading deadline to February 11, 2021.

…

…

…

…

…

…

…

…

…

56280452;1

Leaders respectfully requests the Court grant its unopposed motion to extend deadline to file responsive pleading, extending the deadline to answer or otherwise plead to plaintiffs' second amended complaint through and until **February 11, 2021**.

DATED February 1, 2021.

        **AKERMAN LLP**

        */s/ Scott R. Lachman*
        MELANIE D. MORGAN, ESQ.
        Nevada Bar No. 8215
        SCOTT R. LACHMAN, ESQ.
        Nevada Bar No. 12016
        1635 Village Center Circle, Suite 200
        Las Vegas, NV 89134

        *Attorneys for The Leaders Group, Inc.*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated:   February 2, 2021

56280452;1