Todd D. Erb
Nevada State Bar No. 12203
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949-8200
E-mail: terb@lrrc.com

R. Bradley Ziegler
Illinois Bar. No. #6288737
(*Pro Hac Vice Motion forthcoming*)
LEWIS RICE, LLC
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
314-444-7600 (Phone)
314-612-7660 (Facsimile)
E-Mail: bziegler@lewisrice.com

*Attorneys for Defendant Norman Kastner*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GALLINA FAMILY BANK IRREVOCABLE TRUST, a Nevada Trust; JOHN GALLINA, an individual; and RICHARD F. GALLINA, as trustee of the GALLINA FAMILY BANK IRREVOCABLE TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign Company; NORMAN KASTNER, an Individual; THE LEADERS GROUP, INC., a foreign company; WS GRIFFITH SECURITIES, INC., a foreign company; CAPITAS FINANCIAL, INC., d/b/a THE BLAIR AGENCY, a foreign company; ROE CORPORATIONS 3-10, inclusive; and DOES 1 – 10, inclusive,<br><br>Defendants.. | Case No.: 2:21-cv-00090-JCM-DJA<br><br>**DEFENDANT NORMAN KASTNER'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, Defendant Norman Kastner ("Kastner") respectfully requests the Court to extend the deadline in which he has to answer or otherwise plead to Plaintiffs' Second Amended Complaint by one week, until February 11, 2021. In support of its Motion, Kastner states as follows:

113497141.1

1. Plaintiffs' Second Amended Complaint was filed on November 24, 2020 in Clark County District Court [ECF No. 1-6].

2. Kastner was served on December 16, 2020 via process server.

3. Kastner filed a Notice of Removal [ECF No. 1] on January 15, 2020, thereby setting a January 22, 2021 deadline for Kastner to file a responsive pleading to Plaintiffs' Second Amended Complaint.

4. Thereafter, counsel for Kastner conferred with counsel for Plaintiffs regarding an extension of time to respond to Plaintiffs' Second Amended Complaint up to and including February 4, 2021. Plaintiffs' counsel agreed to the requested extension of time.

5. On January 22, 2021, this Court granted Kastner's Unopposed Motion to Extend Deadline to File a Responsive Pleading [ECF No. 5], setting a February 4, 2021 deadline for Kastner to file a response to Plaintiffs' Second Amended Complaint.

6. Thereafter, Kastner and his counsel continued to work diligently to gather information and documents to prepare a response, but given the extensive amount of time that has transpired since the events giving rise to Plaintiffs' Second Amended Complaint, among other factors, additional time is necessary to prepare a response.

7. On February 3, 2021, Counsel for Kastner conferred with Plaintiffs' counsel regarding a second extension of time limited to seven additional days for Kastner to file a responsive pleading. Plaintiffs <u>do not oppose</u> Kastner's request to extend his responsive pleading deadline to February 11, 2021.

8. Kastner now respectfully requests that the Court extend his deadline to respond to the Second Amended Complaint by seven (7) days through and including February 11, 2021.

9. Kastner is requesting this extension of time to allow his counsel additional time to collect and review documents and information relevant to the purchase and sale of the insurance policy at issue in this case, which occurred nearly twenty years ago on March 21, 2001 [ECF No. 1-6 at ¶ 6], and to assess whether Nevada courts have personal

113497141.1

jurisdiction over Kastner.

10. This is Kastner's second request for an extension; this request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter.

11. No party will be prejudiced by the requested extension nor, respectfully, will the extension unduly burden the Court.

Defendant Kastner respectfully requests that the Court grant his Unopposed Motion to Extend Deadline to File Responsive Pleading, extending its deadline to answer or otherwise plead to Plaintiff's Second Amended Complaint through and until **February 11, 2021**.

DATED this 3rd day of February, 2021.

        LEWIS ROCA ROTHGERBER CHRISTIE LLP

BY: *s/ Todd D. Erb*
    Todd D. Erb
    Nevada State Bar No. 12203
    E-mail:   terb@lrrc.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169-5996
    Tel: 702.949-8200

LEWIS RICE, LLC
R. Bradley Ziegler
Illinois Bar. No.  #6288737
(*Pro Hac Vice Motion forthcoming*)
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
314-444-7600 (Phone)
314-612-7660 (Facsimile)
E-Mail:  bziegler@lewisrice.com

*Attorneys for Defendant Norman Kastner*

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

Dated: February 4, 2021

113497141.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system:

Jeffrey R. Hall, Esq.
Richard L. Wade, Esq.
HUTCHISON & STEFFEN, PLLC
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Facsimile: 702-385-2086
jhall@hutchlegal.com
rwade@hutchlegal.com
*Attorneys for Plaintiff*

Kristina N. Holmstrom (10086)
Ann-Martha Andrews (7585)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone:     702-369-6800
Fax:               702-369-6888
Kristina.holmstrom@ogletreedeakins.com
Ann.andrews@ogletreedeakins.com
*Attorneys for Defendant Lincoln National Life Insurance Company*

　　　　　　　　　　　　　　/s/ June Yourgulez
　　　　　　　　　　　　　　An Employee of Lewis Roca Rothgerber Christie LLP

113497141.1