Kristina N. Holmstrom
Nevada Bar No. 10086
Ann-Martha Andrews
Nevada Bar No. 7585
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Tel.:  702-369-6800
Fax:  702-369-6888
kristina.holmstrom@ogletree.com
ann.andrews@ogletree.com

*Attorneys for Defendant The Lincoln National Life Insurance Company*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Gallina Family Bank Irrevocable Trust, a Nevada Trust; John Gallina, an individual; and Richard F. Gallina, as trustee of the Gallina Family Bank Irrevocable Trust,<br><br>Plaintiffs,<br><br>v.<br><br>The Lincoln National Life Insurance Company; Norman Kastner; The Leaders Group, Inc.; WS Griffith Securities, Inc.; Capitas Financial, Inc., d/b/a The Blair Agency; Roe Corporations 3-10; and Does 1-10,<br><br>Defendants. | Case No.:  2:21-cv-00090<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THE LINCOLN NATIONAL LIFE INSURANCE COMPANY TO REPLY TO PLAINTIFFS' OPPOSITION TO LINCOLN'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant Lincoln National Life Insurance Company ("Lincoln") and Plaintiffs Gallina Family Bank Irrevocable Trust, John Gallina, and Richard F. Gallina (collectively "Plaintiffs"), through undersigned counsel, hereby submit this first request for an extension of time for Lincoln to reply to Plaintiffs' Opposition to Lincoln's Motion for Judgment on the Pleadings.

The reply was originally due on March 4, 2021. Due to intervening briefing in another matter, defense counsel's work load considerations, the parties have agreed to this extension of time through and including March 18, 2021.

**IT IS SO STIPULATED.**

Respectfully submitted this 26th day of February 2021.

| HUTCHISON & STEFFEN, PLLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Richard L. Wade *(with permission)*<br>Jeffrey R. Hall, Nevada Bar No. 9572<br>Richard L. Wade, Nevada Bar No. 11879<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89148<br>Tel: 702-385-2500<br>Fax: 702-385-2086<br>jhall@hutchlegal.com<br>rwade@hutchlegal.com<br>*Attorneys for Plaintiffs* | /s/ Kristina N. Holmstrom<br>Kristina N. Holmstrom, Nevada Bar No. 10086<br>Ann-Martha Andrews, Nevada Bar No. 7585<br>Wells Fargo Tower, Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>Tel.:  702-369-6800<br>Fax:  702-369-6888<br>kristina.holmstrom@ogletree.com<br>ann.andrews@ogletree.com<br>*Attorneys for Defendant The Lincoln National Life Insurance Company* |

**IT IS SO ORDERED**

DATED February 26, 2021.

_____
UNITED STATES DISTRICT JUDGE

46187813.1

2