1  Jeffrey R. Hall (9572)
   Richard L. Wade (11879)
2  HUTCHISON & STEFFEN, PLLC
   10080 West Alta Drive, Suite 200
3  Las Vegas, NV 89145
4  Tel:   (702) 385-2500
   Fax:   (702) 385-2086
5  jhall@hutchlegal.com
   rwade@hutchlegal.com
6
7  *Attorneys for Plaintiffs Gallina Family Bank
   Irrevocable Trust, John Gallina, and
8  Richard F. Gallina*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GALLINA FAMILY BANK IRREVOCABLE TRUST, a Nevada trust; JOHN GALLINA, an individual; and RICHARD. F. GALLINA, as trustee of the GALLINA FAMILY BANK IRREVOCABLE TRUST<br><br>Plaintiffs,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, a foreign company; NORMAN KASTNER, an individual; THE LEADERS GROUP, INC., a foreign company, WS GRIFFITH SECURITIES, INC., a foreign company, CAPITAS FINANCIAL, INC., d/b/a THE BLAIR AGENCY, a foreign company, ROE CORPORATIONS 3-10, inclusive; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00090-JCM-DJA<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

1  Pursuant to settlement, the parties stipulate to dismiss this case in its entirety with prejudice.
2  Each party is to pay its own fees and costs.
3  DATED this ___ day of August, 2022.

HUTCHISON & STEFFEN, PLLC

*/s/ Richard L. Wade*

Richard L. Wade (11879)
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorneys for Plaintiffs*

AKERMAN LLP

*/s/*

MELANIE D. MORGAN, ESQ.
SCOTT R. LACHMAN, ESQ.
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Leaders Group, Inc.*

LEWIS RICE, LLC

*/s/*

Bradley Ziegler (*pro hac vice*)
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101

Todd D. Erb (12203)
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

*Attorneys for Norman Kastner*

DATED: September 8, 2022

_____
UNITED STATES DISTRICT JUDGE